[No. 16549–6–I.   Division One.   March 9, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
RONNIE BELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85–1–00252–7, Richard M. Ishikawa, J., entered May 2, 1985. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Swanson and Coleman, JJ.

[No. 15178–9–I.   Division One.   March 9, 1987.]

*In the Matter of* ZACHARY RAMQUIST.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES,
*Respondent*, v. JANET RAMQUIST, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 81–7–01057–0, Lee Kraft, J., entered July 17, 1984. *Affirmed* by unpublished opinion per Webster, J., concurred in by Swanson and Grosse, JJ.

[Nos. 7604–1–III; 7605–9–III.   Division Three.   March 10, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. ROLANDO
AGUILAR, *Appellant*.

Appeals from judgments of the Superior Court for Walla Walla County, Nos. 85–1–00282–0, 85–1–00273–1, Yancey Reser, J., entered January 15, 1986. *Reversed* by unpublished opinion per Thompson, A.C.J., concurred in by Green and Munson, JJ.